IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED APR 29 '03 AM 10:50 USDCALS

| | |
|---|---|
| TIMOTHY DYCHE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 01-773-BH-L |
| | ) |
| SOUTHEAST COLLEGE OF | ) |
| TECHNOLOGY, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have informed the Court that this case has settled. This case was statistically closed by the Court's order (Doc. 51) of October 1, 2002, which gave the parties leave to reinstate the case if necessary. Because of the settlement, the Court hereby gives the parties **sixty days from the date of this order** to reinstate the case if the settlement is not consummated. Each party shall bear their own costs unless otherwise agreed upon by the parties.

Also, because of the settlement, the Court's order (Doc. 56) of April 24, 2003 granting the Plaintiff's motion for a non-party subpoena is **hereby VACATED**. Alabama Psychiatric Services may disregard the subpoena.

No other order shall be forthcoming from the Court except upon application by either party for final judgement as prescribed by Rule 58 of the Rules of Civil Procedure. The Court **DIRECTS** the Clerk to issue a copy of this order Alabama Psychiatric Services, 1015 Montlimar Drive, Suite A-180, Mobile, AL 36609.

**SO ORDERED** this 29th day of April, 2003

W. B. H_____

SENIOR DISTRICT JUDGE